UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.* <br><br> *Plaintiffs*, <br><br> v. <br><br> ANTHEM, INC., and CIGNA CORP. <br><br> *Defendants*. | Case No. 1:16-cv-01493 |

**CERTIFICATE OF RULE LCvR 7.1**

I, the undersigned, counsel of record for Cigna Corporation, certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Cigna Corporation, which have any outstanding securities in the hands of the public.

This representations is made in order that judges of this court may determine the need for recusal.

Dated:  July 22, 2016

    /s/ Charles F. Rule
Charles F. Rule (D.C. Bar No. 370818)
CADWALADER, WICKERSHAM
& TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
(202) 862-2200 (telephone)
(202) 862-52400 (facsimile)

*Counsel for Cigna Corporation*

# CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2016, I caused the foregoing Local Civil Rule 7.1 Certificate to be served via the Court's CM/ECF system or via first class mail, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules of Civil Procedure, upon the following:

Peter Mucchetti
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: +1 202 353 4211
Facsimile: +1 202 307 5802
peter.j.mucchetti@usdoj.gov

*Counsel for Plaintiff United States of America*

Paula Lauren Gibson
Deputy Attorney General
300 South Spring Street, Suite 1702
Los Angeles, California 90013
Telephone: +1 213 897 0014
Facsimile: +1 213 897 2801
paula.gibson@doj.ca.gov

*Counsel for Plaintiff State of California*

Devin Laiho
Colorado Department of Law
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
Telephone: +1 720 508 6219
Facsimile: +1 720 508 6040
devin.laiho@coag.gov

*Counsel for Plaintiff State of Colorado*

Rachel O. Davis
Assistant Attorney General
55 Elm Street, P.O. Box 120
Hartford, Connecticut 06141-0120
Telephone: +1 860 808 5040
Facsimile: +1 860 808 5033
rachel.davis@ct.gov

*Counsel for Plaintiff State of Connecticut*

Catherine A. Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 630-South
Washington, DC 20001
Telephone: +1 202 442 9864
Facsimile: +1 202 741 0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Colombia*

Daniel Walsh
Office of the Attorney General
20 Capitol Square, SW
Atlanta, Georgia 30334-1300
Telephone: +1 404 657 2204
Facsimile: +1 404 656 0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Christina M. Moylan
Office of Maine Attorney General
Consumer Protection Division
6 State House Station
Augusta, Maine 04333-0006
Telephone: +1 207 626 8800
Facsimile: +1 207 624 7730
christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

Ann Rice
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire 03301
Telephone: +1 603 271 1202
Facsimile: +1 603 271 2110
ann.rice@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

Victor J. Domen, Jr.
Tennessee Attorney General's Office
500 Charlotte Avenue
Nashville, Tennessee 37202
Telephone: +1 615 253 3327
Facsimile: +1 615 532 6951
vic.domen@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Layne M. Lindebak
Iowa Department of Justice
Special Litigation Division
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa 50319
Telephone: +1 515 281 7054
Facsimile: +1 515 281 4902
layne.lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*

Ellen S. Cooper
Assistant Attorney General
Chief, Antitrust Division
200 Saint Paul Place
Baltimore, Maryland 21202
Telephone: +1 410 576 6470
Facsimile: +1 410 576 7830
ecooper@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

Irina C. Rodriguez
Office of the New York State Attorney General
Antitrust Bureau
120 Broadway
New York, New York 10271-0332
Telephone: +1 212 416 8288
Facsimile: +1 212 416 6015
irina.rodriguez@ag.ny.gov

*Counsel for Plaintiff State of New York*

Tyler T. Henry
Assistant Attorney General
Antitrust Unit
Consumer Protection Section
202 North 9th Street
Richmond, Virginia 23219
Telephone: +1 804 692 0485
Facsimile: +1 804 786 0122
thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

J. Mark Gidley
mgidley@whitecase.com
Christopher M. Curran
ccurran@whitecase.com
White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: +1 202 626 3600
Fax: +1 202 639 9355

*Counsel for Anthem, Inc.*

Dated: July 22, 2016

                                              Respectfully submitted,

                                              /s/ Charles F. Rule
                                              Charles F. Rule (D.C. Bar No. 370818)
                                              CADWALADER, WICKERSHAM & TAFT LLP
                                              700 6th St. NW
                                              Washington, DC 20001
                                              Tel: +1 202 862 2420
                                              Fax: +1 202 862 2400
                                              Rick.Rule@cwt.com

                                              *Counsel for Cigna Corporation*