IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>                              *Plaintiffs*,<br><br>                    v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>                              *Defendants*. | Case No. 1:16-cv-01493-JDB |

## ANTHEM'S MOTION AND STATEMENT OF POINTS
## AND AUTHORITY FOR EXPEDITED STATUS CONFERENCE

This action, brought by the Antitrust Division of the United States Department of Justice and certain States under Section 7 of the Clayton Act, 15 U.S.C. § 18, seeks to enjoin Anthem from acquiring Cigna.  Appearances have been entered by counsel for all parties.

Anthem hereby moves pursuant to Rule 16(a) of the Federal Rules of Civil Procedure for an expedited status conference, at the Court's earliest convenience, at which the parties and the Court may address scheduling and other case-management issues.  *See* 15 U.S.C. § 25 (providing that in an injunctive action under Section 7 of the Clayton Act, "the court shall proceed, as soon as may be, to the hearing and determination of the case").  Given deadlines in the merger agreement and the need to obtain regulatory approval from certain State insurance commissions, Anthem wishes to promptly address the timing for trial, as well as certain preliminary matters such as discovery and subpoena power under 15 U.S.C. § 23.  While Anthem will not be seeking expedition of this action to the degree that Judge Huvelle expedited matters in *United States v. SunGard Data Systems, Inc.*, 172 F. Supp. 2d 172 (D.D.C. 2001) (conducting trial within 17 days

of filing and then denying injunction within 5 days of trial), Anthem will be seeking expedition to roughly the same extent as this Court expedited matters in *Federal Trade Commission v. Arch Coal, Inc.*, 329 F. Supp. 2d 109 (D.D.C. 2004) (conducting trial within 88 days of filing and then denying injunction within 35 days of trial).

Counsel for Anthem have conferred with counsel for Plaintiffs as to the relief being sought by this Motion.  Counsel for Plaintiffs have asked Anthem to refrain from characterizing Plaintiffs' position, but have stated that they will respond "by at least the end of this week, but likely before then. . . .  [I]t depends on the length and content of [Anthem's] motion."

Dated: July 25, 2016
      Washington, D.C.

Respectfully submitted,

 /s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
J. Mark Gidley (D.C. Bar No. 417280)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  +1 202 626 3600
Fax:  +1 202 639 9355
ccurran@whitecase.com
mgidley@whitecase.com

*Counsel for Anthem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016, a true and correct copy of Anthem's Motion and

Statement of Points and Authority for Expedited Status Conference was served via the Court's

CM/ECF system or via first class mail, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule

5(b) of the Federal Rules of Civil Procedure, upon the following:

Peter J. Mucchetti
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC  20530
Telephone:  +1 202 353 4211
Facsimile:  +1 202 307 5802
peter.j.mucchetti@usdoj.gov

*Counsel for Plaintiff United States of America*

Paula Lauren Gibson
Patricia L. Nagler
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California  90013
Telephone: +1 213 897 0014
Facsimile: +1 213 897 2801
paula.gibson@doj.ca.gov
penny.nagler@doj.ca.gov

*Counsel for Plaintiff State of California*

Devin Laiho
Colorado Department of Law
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado  80203
Telephone: +1 720 508 6219
Facsimile: +1 720 508 6040
devin.laiho@coag.gov

*Counsel for Plaintiff State of Colorado*

Rachel O. Davis
Christopher M. Haddad
Assistant Attorneys General
55 Elm Street, P.O. Box 120
Hartford, Connecticut  06141-0120
Telephone: +1 860 808 5040
Facsimile: +1 860 808 5033
rachel.davis@ct.gov
christopher.haddad@ct.gov

*Counsel for Plaintiff State of Connecticut*

Catherine A. Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 630-South
Washington, DC  20001
Telephone: +1 202 442 9864
Facsimile: +1 202 741 0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Colombia*

Daniel Walsh
Office of the Attorney General
20 Capitol Square, SW
Atlanta, Georgia  30334-1300
Telephone: +1 404 657 2204
Facsimile: +1 404 656 0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Christina M. Moylan
Office of Maine Attorney General
Consumer Protection Division
6 State House Station
Augusta, Maine  04333-0006
Telephone: +1 207 626 8800
Facsimile: +1 207 624 7730
christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

Ann Rice
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire  03301
Telephone: +1 603 271 1202
Facsimile: +1 603 271 2110
ann.rice@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

Victor J. Domen, Jr.
Tennessee Attorney General's Office
500 Charlotte Avenue
Nashville, Tennessee  37202
Telephone: +1 615 253 3327
Facsimile: +1 615 532 6951
vic.domen@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Layne M. Lindebak
Iowa Department of Justice
Special Litigation Division
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa  50319
Telephone: +1 515 281 7054
Facsimile: +1 515 281 4902
layne.lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*

Ellen S. Cooper
Assistant Attorney General
Chief, Antitrust Division
200 Saint Paul Place
Baltimore, Maryland  21202
Telephone: +1 410 576 6470
Facsimile: +1 410 576 7830
ecooper@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

Irina C. Rodriguez
Office of the New York State Attorney General
Antitrust Bureau
120 Broadway
New York, New York  10271-0332
Telephone: +1 212 416 8288
Facsimile: +1 212 416 6015
irina.rodriguez@ag.ny.gov

*Counsel for Plaintiff State of New York*

Tyler T. Henry
Assistant Attorney General
Antitrust Unit
Consumer Protection Section
202 North 9th Street
Richmond, Virginia 23219
Telephone: +1 804 692 0485
Facsimile: +1 804 786 0122
thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*

-2-

Charles F. Rule
Andrew J. Forman
Daniel J. Howley
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC  20001
Telephone: +1 202 862 2200
Facsimile: +1 202 862 2400
rick.rule@cwt.com
andrew.forman@cwt.com
daniel.howley@cwt.com

*Counsel for Cigna Corp.*


Dated: July 25, 2016                                   Respectfully submitted,
          Washington, D.C.
                                                        /s/ Christopher M. Curran
                                                       Christopher M. Curran (D.C. Bar No. 408561)
                                                       **WHITE & CASE** LLP
                                                       701 Thirteenth Street, NW
                                                       Washington, DC  20005
                                                       Tel:  +1 202 626 3600
                                                       Fax:  +1 202 639 9355
                                                       ccurran@whitecase.com

                                                       *Counsel for Anthem, Inc.*