IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | |
| *Plaintiffs*, | |
| v. | Case No. 1:16-cv-01493-JDB |
| ANTHEM, INC. and CIGNA CORP., | |
| *Defendants*. | |

### [PROPOSED] ORDER SCHEDULING STATUS CONFERENCE

Upon consideration of Anthem's Motion and Statement of Points and Authority for

Expedited Status Conference, it is hereby

**ORDERED** that the Request is **GRANTED**; and it is further

**ORDERED** that a status conference will be held on August ___, 2016, at __:__ _m.


**IT IS SO ORDERED.**

Dated: _____          _____

HONORABLE JOHN D. BATES
UNITED STATES DISTRICT JUDGE

Pursuant to Rule 7(k) of the Local Civil Rules, this order shall be served upon the following:

VIA CM/ECF:

Peter J. Mucchetti
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC  20530
Telephone:  +1 202 353 4211
Facsimile:  +1 202 307 5802
peter.j.mucchetti@usdoj.gov

*Counsel for Plaintiff United States of America*

Charles F. Rule
Andrew J. Forman
Daniel J. Howley
Cadwalader, Wickersham & Taft LLP
700 Sixth Street, NW
Washington, DC  20001
Telephone: +1 202 862 2200
Facsimile: +1 202 862 2400
rick.rule@cwt.com
andrew.forman@cwt.com
daniel.howley@cwt.com

*Counsel for Cigna Corp.*

VIA U.S. MAIL:

Paula Lauren Gibson
Patricia L. Nagler
Deputy Attorneys General
300 South Spring Street, Suite 1702
Los Angeles, California  90013
Telephone: +1 213 897 0014
Facsimile: +1 213 897 2801
paula.gibson@doj.ca.gov
penny.nagler@doj.ca.gov

*Counsel for Plaintiff State of California*

Devin Laiho
Colorado Department of Law
Consumer Protection Section
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado  80203
Telephone: +1 720 508 6219
Facsimile: +1 720 508 6040
devin.laiho@coag.gov

*Counsel for Plaintiff State of Colorado*

Rachel O. Davis
Christopher M. Haddad
Assistant Attorneys General
55 Elm Street, P.O. Box 120
Hartford, Connecticut  06141-0120
Telephone: +1 860 808 5040
Facsimile: +1 860 808 5033
rachel.davis@ct.gov
christopher.haddad@ct.gov

*Counsel for Plaintiff State of Connecticut*

Daniel Walsh
Office of the Attorney General
20 Capitol Square, SW
Atlanta, Georgia  30334-1300
Telephone: +1 404 657 2204
Facsimile: +1 404 656 0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Christina M. Moylan
Office of Maine Attorney General
Consumer Protection Division
6 State House Station
Augusta, Maine  04333-0006
Telephone: +1 207 626 8800
Facsimile: +1 207 624 7730
christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

Ann Rice
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire  03301
Telephone: +1 603 271 1202
Facsimile: +1 603 271 2110
ann.rice@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

Catherine A. Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 630-South
Washington, DC  20001
Telephone: +1 202 442 9864
Facsimile: +1 202 741 0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Colombia*

Layne M. Lindebak
Iowa Department of Justice
Special Litigation Division
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa  50319
Telephone: +1 515 281 7054
Facsimile: +1 515 281 4902
layne.lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*

Ellen S. Cooper
Assistant Attorney General
Chief, Antitrust Division
200 Saint Paul Place
Baltimore, Maryland  21202
Telephone: +1 410 576 6470
Facsimile: +1 410 576 7830
ecooper@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

Irina C. Rodriguez
Office of the New York State Attorney General
Antitrust Bureau
120 Broadway
New York, New York  10271-0332
Telephone: +1 212 416 8288
Facsimile: +1 212 416 6015
irina.rodriguez@ag.ny.gov

*Counsel for Plaintiff State of New York*

Victor J. Domen, Jr.
Tennessee Attorney General's Office
500 Charlotte Avenue
Nashville, Tennessee  37202
Telephone: +1 615 253 3327
Facsimile: +1 615 532 6951
vic.domen@ag.tn.gov

*Counsel for Plaintiff State of Tennessee*

Tyler T. Henry
Assistant Attorney General
Antitrust Unit
Consumer Protection Section
202 North 9th Street
Richmond, Virginia 23219
Telephone: +1 804 692 0485
Facsimile: +1 804 786 0122
thenry@oag.state.va.us

*Counsel for Plaintiff Commonwealth of Virginia*