IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>*Defendants*. | Case No. 1:16-cv-01493-JDB |

**ANTHEM'S REPLY MEMORANDUM IN SUPPORT<br>OF ITS MOTION FOR EXPEDITED STATUS CONFERENCE**

The Plaintiffs, who enjoyed the benefit of a year-long, one-sided investigation under the Hart-Scott-Rodino Antitrust Improvements Act of 1976, are already impeding Anthem's efforts to prepare for trial. The Plaintiffs have thus far refused to turn over their investigatory files, despite repeated requests from Anthem. The Plaintiffs also have refused to hold a conference under Rule 26(f), knowing that such a conference is a prerequisite, under Rule 26(d), to Anthem's ability to obtain discovery from the Plaintiffs and non-parties. Due to the Plaintiffs' dilatory tactics, the need for an expedited status conference is even more acute now than it was at the start of the week, when Anthem filed its motion.

Delay suits the Plaintiffs. Certain of the State Plaintiffs, including the lead State of Connecticut, have suspended their regulatory reviews pending this Court's decision. (The Plaintiffs acknowledge as much in their Response (at 2), which is signed by the Office of the Attorney General of Connecticut.) Anthem cannot close its acquisition without such regulatory

approvals. Plaintiffs' self-help injunction essentially usurps this Court's authority under the Clayton Act and eliminates the Plaintiffs' urgency for any injunction from this Court.

Due to the positions taken by the Plaintiff States, Anthem needs to resolve Plaintiffs' Clayton Act challenge first and then resolve the remaining State regulatory proceedings before April 30, 2017. As a practical matter, Anthem needs a resolution of the Clayton Act challenge this calendar year (2016), in order to allow sufficient time to resolve remaining regulatory proceedings by April 30, 2017.

While Plaintiffs assert in their Response (at 3) that they are "working to move this case expeditiously," correspondence between the parties shows that the Plaintiffs have been delaying progress. *See* Exhibit 1. Anthem realizes that this action is only a week old, but time is of the essence, and the Plaintiffs have effectively wasted that week.

In contrast to the Plaintiffs, Anthem has in fact been acting expeditiously. It filed an Answer promptly. It has pushed forward with a draft protective order. It has provided the Plaintiffs with a draft Case Management Order.

In suggesting that Anthem and Cigna are "free to extend" their termination date beyond April 30, 2017 (Response at 3), Plaintiffs ignore their own allegation that relations between Anthem and Cigna are "contentious." Compl. ¶ 14. Anthem has a binding contract to acquire Cigna, and shareholders of both companies overwhelmingly approved the transaction, but Anthem has no right — or expectation — to extend the agreement beyond April 30, 2017.

At a status conference, the parties can present their apparently competing views on when trial ought to take place. At that time, Anthem can elaborate upon why it believes *Arch Coal* to be a reasonable template for the timing of trial here. Suffice it to say, for now, that Anthem disputes the Plaintiffs' characterization of the relative complexity of *Arch Coal* and this action.

Anthem certainly does not wish for expedition to compromise this Court's review, but by the same token Anthem does not wish for the Plaintiffs' delaying tactics to nullify this Court's review.

In sum, Anthem respectfully requests a status conference at the Court's earliest convenience. Anthem expresses no view on whether such a status conference includes the parties in the *Aetna/Humana* action.

Dated: July 28, 2016
          Washington, D.C.

Respectfully submitted,

 /s/ Christopher M. Curran
Christopher M. Curran (D.C. Bar No. 408561)
J. Mark Gidley (D.C. Bar No. 417280)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  +1 202 626 3600
Fax:  +1 202 639 9355
ccurran@whitecase.com
mgidley@whitecase.com

*Counsel for Anthem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 28, 2016, a true and correct copy of Anthem's Reply Memorandum in Support of its Motion for Expedited Status Conference was served via the Court's CM/ECF system or via first class mail, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules of Civil Procedure, upon the following:

Peter J. Mucchetti
Scott I. Fitzgerald
Jon B. Jacobs
U.S. Department Of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC  20530
Telephone:  +1 202 353 4211
Facsimile:  +1 202 307 5802
peter.j.mucchetti@usdoj.gov
scott.fitzgerald@usdoj.gov
jon.jacobs@usdoj.gov

*Counsel for Plaintiff United States of America*

| | |
|---|---|
| Paula Lauren Gibson<br>Patricia L. Nagler<br>Deputy Attorneys General<br>300 South Spring Street, Suite 1702<br>Los Angeles, California  90013<br>Telephone: +1 213 897 0014<br>Facsimile: +1 213 897 2801<br>paula.gibson@doj.ca.gov<br>penny.nagler@doj.ca.gov<br><br>*Counsel for Plaintiff State of California* | Devin Laiho<br>Colorado Department of Law<br>Consumer Protection Section<br>Ralph L. Carr Colorado Judicial Center<br>1300 Broadway, 7th Floor<br>Denver, Colorado  80203<br>Telephone: +1 720 508 6219<br>Facsimile: +1 720 508 6040<br>devin.laiho@coag.gov<br><br>*Counsel for Plaintiff State of Colorado* |

Rachel O. Davis
Christopher M. Haddad
Assistant Attorneys General
55 Elm Street, P.O. Box 120
Hartford, Connecticut  06141-0120
Telephone: +1 860 808 5040
Facsimile: +1 860 808 5033
rachel.davis@ct.gov
christopher.haddad@ct.gov

*Counsel for Plaintiff State of Connecticut*

Daniel Walsh
Office of the Attorney General
40 Capitol Square, SW
Atlanta, Georgia  30334-1300
Telephone: +1 404 657 2204
Facsimile: +1 404 656 0677
dwalsh@law.ga.gov

*Counsel for Plaintiff State of Georgia*

Christina M. Moylan
Office of Maine Attorney General
Consumer Protection Division
6 State House Station
Augusta, Maine  04333-0006
Telephone: +1 207 626 8800
Facsimile: +1 207 624 7730
christina.moylan@maine.gov

*Counsel for Plaintiff State of Maine*

Ann Rice
New Hampshire Department of Justice
33 Capitol Street
Concord, New Hampshire  03301
Telephone: +1 603 271 1202
Facsimile: +1 603 271 2110
ann.rice@doj.nh.gov

*Counsel for Plaintiff State of New Hampshire*

Catherine A. Jackson
Assistant Attorney General
441 Fourth Street, N.W., Suite 630-South
Washington, DC  20001
Telephone: +1 202 442 9864
Facsimile: +1 202 741 0655
catherine.jackson@dc.gov

*Counsel for Plaintiff District of Colombia*

Layne M. Lindebak
Iowa Department of Justice
Special Litigation Division
1305 East Walnut Street, 2nd Floor
Des Moines, Iowa  50319
Telephone: +1 515 281 7054
Facsimile: +1 515 281 4902
layne.lindebak@iowa.gov

*Counsel for Plaintiff State of Iowa*

Ellen S. Cooper
Assistant Attorney General
Chief, Antitrust Division
200 Saint Paul Place
Baltimore, Maryland  21202
Telephone: +1 410 576 6470
Facsimile: +1 410 576 7830
ecooper@oag.state.md.us

*Counsel for Plaintiff State of Maryland*

Irina C. Rodriguez
Office of the New York State Attorney General
Antitrust Bureau
120 Broadway
New York, New York  10271-0332
Telephone: +1 212 416 8288
Facsimile: +1 212 416 6015
irina.rodriguez@ag.ny.gov

*Counsel for Plaintiff State of New York*

| | |
|---|---|
| Victor J. Domen, Jr.<br>Tennessee Attorney General's Office<br>500 Charlotte Avenue<br>Nashville, Tennessee  37202<br>Telephone: +1 615 253 3327<br>Facsimile: +1 615 532 6951<br>vic.domen@ag.tn.gov<br><br>*Counsel for Plaintiff State of Tennessee* | Tyler T. Henry<br>Assistant Attorney General<br>Antitrust Unit<br>Consumer Protection Section<br>202 North 9th Street<br>Richmond, Virginia 23219<br>Telephone: +1 804 692 0485<br>Facsimile: +1 804 786 0122<br>thenry@oag.state.va.us<br><br>*Counsel for Plaintiff Commonwealth of Virginia* |
| Charles F. Rule<br>Andrew J. Forman<br>Daniel J. Howley<br>Cadwalader, Wickersham & Taft LLP<br>700 Sixth Street, NW<br>Washington, DC  20001<br>Telephone: +1 202 862 2200<br>Facsimile: +1 202 862 2400<br>rick.rule@cwt.com<br>andrew.forman@cwt.com<br>daniel.howley@cwt.com<br><br>*Counsel for Cigna Corp.* | |
| Dated:  July 28, 2016<br>           Washington, D.C. | Respectfully submitted,<br><br> /s/ Christopher M. Curran<br>Christopher M. Curran (D.C. Bar No. 408561)<br>**WHITE & CASE** LLP<br>701 Thirteenth Street, NW<br>Washington, DC  20005<br>Tel:  +1 202 626 3600<br>Fax:  +1 202 639 9355<br>ccurran@whitecase.com<br><br>*Counsel for Anthem, Inc.* |

-3-