# EXHIBIT 1

# Curran, Christopher

| | |
|---|---|
| **From:** | Fitzgerald, Scott <Scott.Fitzgerald@usdoj.gov> |
| **Sent:** | Thursday, July 28, 2016 11:37 AM |
| **To:** | Gidley, J. Mark; Jacobs, Jon |
| **Cc:** | Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'; Curran, Christopher; Pace, Jack; christopher.haddad@ct.gov |
| **Subject:** | RE: Rule 26(f) Conference Tomorrow (Thurs July 28) - Anthem's Proposed CMO |

Mark:

Thank you for the draft case-management order. We will review and get back to you. As for the Rule 26(f) conference, we remain willing to move expeditiously, but your demands for conferences on very short notice are unnecessary and unacceptable. As mentioned before, we are aiming to get a draft case-management order to you by next Wednesday. We will then be available for the Rule 26(f) conference next Thursday or Friday, subject to state availability, which we are still checking.

We are also reviewing your comments to the protective order. We have proposed an identical protective order to Aetna and Humana, and are awaiting their comments. Once we have received comments from all the merging parties and have had a chance to confer with the state plaintiffs, we will propose some times to discuss. In the meantime, we are taking steps to prepare our production in accordance with the procedures outlined in the draft protective order.

Best regards,

Scott

_____

**Scott I. Fitzgerald**
U.S. Department of Justice
Antitrust Division | Litigation I Section
450 5th Street NW, Suite 4100
Washington, DC 20530
(202) 353-3863
scott.fitzgerald@usdoj.gov

---

**From:** Gidley, J. Mark [mailto:mgidley@whitecase.com]
**Sent:** Wednesday, July 27, 2016 9:01 PM
**To:** Fitzgerald, Scott; Jacobs, Jon
**Cc:** Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'; Curran, Christopher; Pace, Jack; christopher.haddad@ct.gov
**Subject:** RE: Rule 26(f) Conference Tomorrow (Thurs July 28) - Anthem's Proposed CMO

**Without Prejudice**
**For Discussion Purposes Only**
**All Rights Reserved**

Scott, Jon, et al. –

1

Please see Anthem's Proposed Case Management Order for *U.S. v. Anthem*.  We reserve all rights, and look forward to speaking with you tomorrow.

Best regards,
Mark

J. Mark Gidley  |  Chair, Global Competition Group
T +1 202 626 3609    F +1 202 639 9355    E mgidley@whitecase.com
White & Case LLP  |  701 13th Street NW  |  Washington, DC  20005

**WHITE & CASE**

---

**From:** Gidley, J. Mark
**Sent:** Wednesday, July 27, 2016 7:20 PM
**To:** 'Fitzgerald, Scott'; Jacobs, Jon
**Cc:** Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; 'Michael E. Cole (michael.cole@ct.gov)'; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'; Curran, Christopher; Pace, Jack
**Subject:** RE: Rule 26(f) Conference Tomorrow (Thurs July 28)

Scott, Jon et al:

Thank you for your response.  We don't agree to hold up the Rule 26(f) conference until Cigna answers the Antitrust Division's complaint.  Anthem has already filed its Answer, and in any event, the filing of an answer is not an excuse for Plaintiffs to further drag their feet in producing critical discovery that they can begin producing immediately.  We can achieve all the requirements of Rule 26(f) now so that the parties can present their proposed schedules to the Court next week.

We will send you our draft case management order tonight, and we propose to hold the Rule 26(f) conference tomorrow **Thursday July 28th** at **2:30 p.m. Eastern / 11:30 a.m. Pacific**.  We can use the following conference line:

**DIAL-IN:  1-877-716-2582**
**PIN:  7417 9471#**

If you are unable to send us Plaintiffs' draft CMO before the call tomorrow, then you can state your views on the Rule 26(f) issues by commenting on our draft.

Finally, your letter of this morning mentioned the need to provide notice to producing parties of the need for their information to be produced in this litigation.  Please confirm that you have notified all such producing parties that their information will be produced in this litigation subject to a protective order so that your production of their material is not delayed further.  Please also confirm that the Antitrust Division and 11 State/DC AG plaintiffs have notified all producing parties and all consultants to Plaintiffs in this matter of the need to preserve all documents and other information potentially relevant to this litigation.

Please let us know your thoughts as soon as possible.

Best regards,

Mark

**J. Mark Gidley** | Chair, Global Competition Group
**T** +1 202 626 3609   **F** +1 202 639 9355   **E** mgidley@whitecase.com
White & Case LLP | 701 13th Street NW | Washington, DC  20005

**WHITE & CASE**

---

**From:** Fitzgerald, Scott [mailto:Scott.Fitzgerald@usdoj.gov]
**Sent:** Wednesday, July 27, 2016 4:13 PM
**To:** Gidley, J. Mark; Jacobs, Jon
**Cc:** Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; 'Michael E. Cole (michael.cole@ct.gov)'; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'; Curran, Christopher; Pace, Jack
**Subject:** RE: Rule 26(f) Conference Time Today

Mark:

As you know, each of the parties are required to participate in the Rule 26(f) conference, including each of the state plaintiffs, so this afternoon will obviously not work given the short notice. Also, while we remain willing to hold the conference soon, we would like to see both parties' answers to the complaint—including Cigna's—so please let us know when Cigna's answer is likely to be filed. And as we suggested before, we think it would be useful to exchange draft case-management orders before the conference to help make the discussion more productive. We thus propose (1) exchanging drafts by next Wednesday, August 3, and (2) holding the 26(f) conference shortly thereafter at a time when all parties can participate in the conference. Let us know if that works. In the meantime, we are available to answer any questions you may have.

Best regards,

Scott

---

**Scott I. Fitzgerald**
U.S. Department of Justice
Antitrust Division | Litigation I Section
450 5th Street NW, Suite 4100
Washington, DC 20530
(202) 353-3863
scott.fitzgerald@usdoj.gov

---

**From:** Gidley, J. Mark [mailto:mgidley@whitecase.com]
**Sent:** Wednesday, July 27, 2016 10:17 AM
**To:** Jacobs, Jon
**Cc:** Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; Fitzgerald, Scott; 'Michael E. Cole (michael.cole@ct.gov)'; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'; Curran, Christopher; Pace, Jack
**Subject:** Rule 26(f) Conference Time Today

Dear Jon and Scott and colleagues:

We have filed our Answer in this litigation, which you apparently considered a pre-requisite for holding a Rule 26(f) conference in your Monday note.  With our Answer filed, we'd like to hold our Rule 26(f) later today, including about securing the materials requested in our access letter of July 22 as soon as possible.  As to remedy, our position is the same as last week:  We currently intend to litigate the merger as is, with no fix.

Please let us know your best time for later today.

Best regards,

Mark

J. Mark Gidley
Chair, Global Competition Group
White & Case LLP
701 13th Street NW
Washington, DC 20005
dd 1+202.626.3609
fax 1+202.639.9355
mgidley@whitecase.com

---

**From:** Jacobs, Jon [mailto:Jon.Jacobs@usdoj.gov]
**Sent:** Monday, July 25, 2016 7:45 AM
**To:** Gidley, J. Mark; Curran, Christopher
**Cc:** Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel; Fitzgerald, Scott; 'Michael E. Cole (michael.cole@ct.gov)'; 'Rachel O. Davis (Rachel.Davis@ct.gov)'; 'Paula Gibson'; 'Penny.Nagler@doj.ca.gov'
**Subject:** RE: Access Letter, Call Time for Monday

Chris, Mark et al. –

In our phone call Friday, you proposed a 3-week trial in this matter starting on October 17, 2016.  You also suggested that we call Judge Bates's chambers this morning to talk to him about scheduling the trial.  We disagree with your proposal for such an early trial date and believe that contacting chambers now is premature.

Given the scope of the issues in this case, we think a schedule with only 88 days from the filing of the Complaint to trial is unrealistic.  That is particularly true given that we do not know at this point whether you are willing to narrow the issues to be litigated.  You stated during our call that you will contest our product and geographic market definitions, which suggests you will contest all of the Complaint's allegations.  You also did not rule out that Anthem may propose a remedy to the merger between now and trial, which would mean that we would be litigating a remedy as well.

We believe such an expedited schedule is unnecessary.  Your proposal is premised, in part, on the April 30, 2017 termination date in the parties' merger agreement.  But that is a deadline that Anthem and Cigna can themselves agree to extend.  You also claim that at least five state Department of Insurance ("DOI") offices have stopped their review in light of our litigation and will require 120 days to act after the Court rules in this case.  We are skeptical of those claims.  But at any rate, given the scope and importance of this case, the Court should not be asked to compromise its own review to accommodate separate regulatory proceedings.

We are willing to confer and negotiate scheduling issues faster than the timetable set forth under the Federal Rules. But we will have a very difficult time estimating the time we will need for discovery until we know whether you are willing to stipulate to certain issues and whether you will be offering a proposed remedy. Your Answer is due on August 11, but you stated during our call a willingness to file it earlier.

We propose the following. You should first file your Answer, whenever you are prepared to do so. You should also tell us whether you are going to offer a proposed remedy and, if so, when you will do that and provide certain basic information about it (such as the assets being divested and the proposed buyer). Once we receive your Answer and that information about a possible remedy proposal, the parties should then exchange proposed schedules and hold our Rule 26(f) conference. Only then should we involve the Court. As I also mentioned during our call, we believe any scheduling issues involving the Court should also include the trial teams on our related case challenging the Aetna/Humana merger.

If you disagree with the foregoing proposal, we suggest that you file a motion to set a trial date so that the Court will have the benefit of each of our positions in writing.

Finally, you asked us to identify lead counsel for the State co-plaintiffs. I know that you already have the contact information for Paula Gibson and Penny Nagler from California. The other State leads are Michael Cole and Rachel Davis from Connecticut. The four of them are copied on this email.

Jon B. Jacobs
Antitrust Division
U.S. Department of Justice
(202) 598-8916 (office)
(202) 476-0386 (mobile)

---

**From:** Gidley, J. Mark [mailto:mgidley@whitecase.com]
**Sent:** Friday, July 22, 2016 3:50 PM
**To:** Fitzgerald, Scott; Jacobs, Jon
**Cc:** Curran, Christopher; Milne, Robert; Paul, George; Leddicotte, Matthew; Rosen, Richard L.; Mudge, Wilson; Rule, Rick; Forman, Andrew; Howley, Daniel
**Subject:** Access Letter, Call Time for Monday

Scott and Jon:

Thank you for today's call. Attached is the access letter we discussed.

We'd like to speak again on Monday at 11am.

Let us know as soon as possible please the State AG lead contact.

Best regards,
Mark

**J. Mark Gidley** | Chair, Global Competition Group
**T** +1 202 626 3609    **F** +1 202 639 9355    **E** mgidley@whitecase.com

White & Case LLP  |  701 13th Street NW  |  Washington, DC  20005

**WHITE & CASE**

==================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

==================================================================================

==================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

==================================================================================

==================================================================================

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive it. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, or if any problems occur with transmission, please contact sender or call (202) 626-3600. Thank you.

==================================================================================