# Exhibit C



| | | |
|---|---|---|
| COMPLAINT/QUESTION | CONSUMER FAQs | BULLETINS NOTICES ORDERS QUICKLINKS |



**STATE OF CONNECTICUT**
*Insurance Department*

**FOR IMMEDIATE RELEASE**  CONTACT: Donna Tommelleo
860-297-3958

**July 21th, 2016**  Donna.Tommelleo@ct.gov

### Insurance Department Statement on proposed Anthem-Cigna Merger

As a result of the federal antitrust lawsuit, the Connecticut Insurance Department has immediately suspended its review of Anthem's Form A application.

Donna Tommelleo, Department Spokeswoman

###

**About the Connecticut Insurance Department:** The mission of the Connecticut Insurance Department is to protect consumers through regulation of the industry, outreach, education and advocacy. The Department recovers an average of $4 million yearly on behalf of consumers and regulates the industry by ensuring carriers adhere to state insurance laws and regulations and are financially solvent to pay claims. The Department's annual budget is funded through assessments from the insurance industry. Each year, the Department returns an average of $100 million a year to the state General Fund in license fees, premium taxes, fines and other revenue sources to support various state programs, including childhood immunization.

**For help with all your insurance issues:**

- Ask a question or file a complaint online
- Call the Consumer Helpline at **800-203-3447** or **860-297-3900**.
- Sign up for e-alerts to get the latest news, warnings and rate changes that may affect your premium
- Download consumer FAQs on health, homeowner and auto coverage
- Use the Department's Speakers Bureau for public events.
- Visit our Web site and follow the Department on Facebook, Twitter or YouTube

  

Content Last Modified on 7/21/2016 12:50:25 PM

Printable Version

**153 Market St. Hartford, CT 06103 / Toll - Free: 800-203-3447**
Home | CT.gov Home | Login | Register
State of Connecticut Disclaimer, State of Connecticut Insurance Department Disclaimer and Privacy Policy. Copyright © 2001 - 2011 State of Connecticut Insurance Department.

