# Exhibit D

Charles, Diane
___

**From:** Belfi, Kathy <Kathy.Belfi@ct.gov>
**Sent:** Wednesday, July 27, 2016 4:47 PM
**To:** Monnes, Kathleen D.; Nakano, Joan; Arsenault, Jon
**Cc:** Goddard, Bill
**Subject:** RE: Anthem Form A Application

Kathy,

As publicly stated, Connecticut has suspended its formal review of the application regarding the Anthem/CIGNA transaction. At this point the Connecticut Insurance Department (CID) still does not have all of the information it needs from Anthem in order to have its Form A application deemed complete which would then permit the CID to schedule and hold a public hearing on the Form A application required by Conn. Gen. Stat Section 38a-132. Of particular importance to the CID's review of the Anthem Form A is the receipt of regulatory consents, waivers or non-objections with respect to the Applicant's filings required by the Hart-Scott-Rodino Anti-Trust improvement act of 1975 as amended. The CID believes that resolution of the pending antitrust lawsuit brought by the federal government and state Attorneys General has the potential to materially change the facts and disclosures set forth in the Anthem Form A.

Please call me if you have any other questions.

Regards,


Kathy Belfi, CPA

Director of Financial Regulation
Connecticut Insurance Department
860-297-3968

___

**From:** Monnes, Kathleen D. [mailto:kdmonnes@daypitney.com]
**Sent:** Monday, July 25, 2016 2:26 PM
**To:** Belfi, Kathy
**Cc:** Goddard, Bill
**Subject:** Anthem Form A Application

Kathy,

I wanted to reach out to you regarding the Connecticut Insurance Department's (the "Department") statement as posted on its website on July 21, 2016 that the Department has immediately suspended its review of Anthem's Form A application as a result of the federal antitrust lawsuit. We are hoping there is a way to move the Department's review forward in parallel with the federal antitrust case. Can you please let us know if this is possible?

We are available to discuss at your convenience. Thank you.

Regards,
Kathy



Kathleen D. Monnes | Attorney at Law | Attorney Bio

1



242 Trumbull Street | Hartford CT 06103-1212
t (860) 275 0103 | f (860) 881 2482 | m (860) 992 3453
kdmonnes@daypitney.com | www.daypitney.com

BOSTON  |  CONNECTICUT  |  FLORIDA  |  NEW JERSEY  |  NEW YORK  |  WASHINGTON, DC   

---

This message contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended solely for the use of the addressee(s) named above. Any disclosure, distribution, copying or use of the information by others is strictly prohibited. If you have received this message in error, please notify the sender by immediate reply and delete the original message. Thank you.

******************************************************************************************