# Exhibit F

**FOR THE EXCLUSIVE USE OF JGLOVER@LRRC.COM**

From the Denver Business Journal:
http://www.bizjournals.com/denver/blog/capitol_business/2016/07/colorado-insurance-chief-postpones-action-on.html

# Colorado insurance chief postpones action on Anthem-Cigna merger in light of federal suits

Jul 21, 2016, 5:29pm MDT **Updated: Jul 21, 2016, 5:32pm MDT**

Colorado Insurance Commissioner Marguerite Salazar will postpone her office's consideration of whether to oppose the merger of health insurers Anthem Inc. and Cigna Corp. until after a federal lawsuit seeking to block the union of two health insurance giants.

The U.S. Department of Justice filed lawsuits on Thursday to block both Anthem's $48 billion acquisition of Cigna and another proposed merger: Humana Inc.'s $34 billion buyout of Aetna Inc.



KATHLEEN LAVINE, DENVER BUSINESS JOURNAL
Colorado Insurance Commissioner Marguerite Salazar

While the Humana-Aetna merger would not affect as many Coloradans — and received no opposition from Salazar's office — Anthem and Cigna are

two of the largest health insurers in the state, affecting both the individual and business markets.

The Anthem-Cigna merger drew opposition or criticism from a number of health-care observers, ranging from the **Colorado Medical Society** to health advocates who argued that by reducing competition, it would drive up premiums and allow insurers to force doctors to accept lower reimbursements.

Backers of the merger, including the insurers themselves, have said the greater scale of the combined company will allow for innovation that allows it to keep on top of medical trends.

All of those debates will have to wait, however, until the Justice Department lawsuit is settled, as **Colorado Division of Insurance** (DOI) spokesman Vincent Plymell said that Salazar will delay any action until then.

"The review of domiciled companies is detailed and requires us to review the Feds' decision as part of the process. In fact, the DOI had instructed the companies to hold off on filing part of their merger documentation with us until the feds made a decision," Plymell said Thursday. "The division will now monitor the situation, because we can't move forward until the lawsuit is resolved."

While supporters of the merger largely were silent on the federal action on Thursday, local opponents of the Anthem-Cigna merger expressed appreciation for the effort to block the merger on antitrust grounds.

Dr. Michael Volz, president of the Colorado Medical Society, thanked not only the federal government but Colorado Attorney General Cynthia Coffman for joining in the action to block the merger.

"Patients and physicians need insurance that works," said Volz, whose group opposed both proposed mergers. "We call on these four companies to abandon their efforts to further consolidate the industry and instead get back to work with physician organizations in a collaborative effort to find solutions to the health care problems facing Colorado and the nation."

Adam Fox, Colorado Consumer Health Initiative director of strategic engagement, added that he hopes the federal action encourages Salazar's office to take a stronger stance against these mergers or any others proposed in the future.

**Ed Sealover**
Reporter
*Denver Business Journal*

