# Exhibit H



**Ralph T. Hudgens**
Commissioner

Home  Agents  Agencies  Captives  Insurers  Fire Marshal  Industrial Loan  Consumer Services  Premium Tax  Legal  Fraud  Search



**Commissioner Ralph T. Hudgens**

- - - - *Quick Links* - - - -

1  2  3  4

About us ...

- Commissioner's Bio
- Speaking Requests
- News Room
- Event Photos
- The Department

Top Consumer Links ...

Top Insurance Links ...

Top Firemarshal Links ...

Other Links ...

| Insurance News | Safety Fire News | Directives | Bulletins |
|---|---|---|---|

| | |
|---|---|
| Hearing Date Announced for Proposed Acquisition of Humana by Aetna | 07/05/2016 |
| Hudgens Urges Caution When Using Fireworks | 06/29/2016 |
| Hudgens Stresses Older Georgian Fire Safety | 06/01/2016 |
| Hurricane Preparedness Week Is May 15-21 | 05/16/2016 |
| Hudgens Launches Investigation Into Automobile Rate Hike By Allstate | 04/11/2016 |
| Hudgens Issue Ruling on 2015 Retirement Community Fire | 03/17/2016 |
| Flood Safety Preparedness Week in Georgia is March 13-19 | 03/14/2016 |
| Hudgens: Change Your Smoke Alarm Batteries When You Change Your Clocks | 03/07/2016 |
| $7 Million In Insurance Claims Recovered For Consumers in 2015 | 02/29/2016 |
| Hudgens Offers Insurance Tips for Snow and Ice Storm | 02/08/2016 |
| Fraud Ring Busted In Colquitt County | 02/03/2016 |
| Severe Weather Awareness Week Is FEB. 1-5 In Georgia | 02/01/2016 |

more >>

**Social Media**


  

      

| | |
|---|---|
| Bulletin 15-EX-3: Small Employer Definition and Counting Methodology | 11/06/2015 |
| Bulletin 15-EX-2: Autism Coverage Requirement | 06/18/2015 |
| Bulletin 15-EX-1: Writers of Variable Annuity Products | 03/19/2015 |
| Bulletin 14-EX-1: Employee Counting for Group Rating Purposes | 10/02/2014 |
| Bulletin 14-L&H-1: Insurers Writing Small Group Health Insurance in Georgia | 08/01/2014 |
| Bulletin 14-P&C-1: Whether Certain Policies Constitute Insurance | 01/24/2014 |
| Bulletin 13-EX-3: Obtaining State Licensure before Beginning Operations | 09/25/2013 |
| Bulletin 13-EX-2: Workers Comp. form WC-10 revised & Bulletin 12-EX-2 withdrawn | 05/16/2013 |
| Bulletin 13-EX-1: Geographic Rating Areas | 03/29/2013 |
| Bulletin 12-EX-2: Workers Compensation | 11/19/2012 |
| Bulletin 12-EX-1 | 05/21/2012 |
| Bulletin 11-EX-4 | 11/17/2011 |

more >>

| | |
|---|---|
| Directive 16-EX-3: All Insurers Writing Fire Loss Coverage in this State | 07/01/2016 |
| Directive 16-EX-2: Preliminary Test Submission of Autism Coverage Annual Filing Req. | 06/28/2016 |
| Directive 16-EX-1: Autism Coverage Annual Filing Requirement | 02/22/2016 |
| Directive 15-EX-4: All Ins. writing Personal and commercial Property Coverage in GA. | 08/19/2015 |
| Directive 15-EX-3: All Ins. Writing Vision and Eye Care Services | 08/12/2015 |
| Directive 15-EX-1: All Providers Licensed to Provide Continuing Care and/or LC | 02/12/2015 |
| Directive 15-EX-2: Hospital Indemnity or other Fixed Indemnity Insurance Policies | 02/03/2015 |
| Directive 14-EX-4: to Qualified Health Plan Issuers | 07/08/2014 |
| Directive 14-EX-3: All Ins. writing Homeowners, Prv. Auto And Wkers Comp. in GA | 05/21/2014 |
| Directive 14-EX-2: Withdrawal of Directive 11-EX-2 | 02/14/2014 |
| Directive 14-EX-1 | 02/10/2014 |
| Directive 13-EX-3 | 07/08/2013 |

|  |  |
|---|---|
|  | more >> |
| Hearing Date Announced for Proposed Acquisition of Humana by Aetna | 07/05/2016 |
| Hudgens Urges Caution When Using Fireworks | 06/29/2016 |
| Hudgens Stresses Older Georgian Fire Safety | 06/01/2016 |
| Hurricane Preparedness Week Is May 15-21 | 05/16/2016 |
| Hudgens Launches Investigation Into Automobile Rate Hike By Allstate | 04/11/2016 |
| Hudgens Issue Ruling on 2015 Retirement Community Fire | 03/17/2016 |
| Flood Safety Preparedness Week in Georgia is March 13-19 | 03/14/2016 |
| Hudgens: Change Your Smoke Alarm Batteries When You Change Your Clocks | 03/07/2016 |
| $7 Million In Insurance Claims Recovered For Consumers in 2015 | 02/29/2016 |
| Hudgens Offers Insurance Tips for Snow and Ice Storm | 02/08/2016 |
| Fraud Ring Busted In Colquitt County | 02/03/2016 |
| Severe Weather Awareness Week Is FEB. 1-5 In Georgia | 02/01/2016 |
|  | more >> |
| Hudgens Urges Caution When Using Fireworks | 06/29/2016 |
| Hudgens Stresses Older Georgian Fire Safety | 06/01/2016 |
| Arsonist Strikes Two Homes In Habersham County | 05/06/2016 |
| Fatal Griffin House Fire Under Investigation | 04/14/2016 |
| Dade County House Fire Ruled Arson | 04/06/2016 |
| Hudgens Issue Ruling on 2015 Retirement Community Fire | 03/17/2016 |
| Hudgens: Change Your Smoke Alarm Batteries When You Change Your Clocks | 03/07/2016 |
| Walker County Business Fire Ruled Accidental | 02/29/2016 |
| Elderly Man Dies In Oglethorpe Mobile Home Fire | 02/26/2016 |
| Fatal Griffin Fire Ruled Accidental | 02/19/2016 |
| Mother and Daugher Die In Stephens County House Fire | 02/15/2016 |
| Fatal Paulding County Fire Ruled Accidental | 02/10/2016 |
|  | more >> |

Employment    E-Verify    Technical Contact    7/22/2016 1:40:13 PM-172.16.0.243    Contact Us    Privacy Policy    Laws & Regs