# Exhibit

# J

**DRAFT**

[NHID Letterhead]

[Date]

[Counsel for Anthem]

[Counsel for Cigna]

Re:   Proposed Acquisition of Control of Cigna HealthCare of New Hampshire,
Inc., by Anthem, Inc.:  Agreements Regarding New Hampshire Insurance
Department Review of the Proposed Acquisition of Control

Dear _____:

This letter sets forth the understandings between the Analysis Team of the New
Hampshire Insurance Department ("Analysis Team"), Anthem, Inc. ("Anthem"), and Cigna
HealthCare of New Hampshire, Inc. ("Cigna") in connection with the application for approval of
the proposed acquisition of control of Cigna by Anthem pursuant to N.H. RSA 401-B:3 (the
"Application").

On September 2, 2015, Anthem filed a "Form A" application seeking approval of the
proposed acquisition of control by the New Hampshire Insurance Commissioner
("Commissioner") pursuant to N.H. RSA 401-B:3.  The Analysis Team advised Anthem that the
Form A filing was not complete by letters emailed October 2 and October 8, 2015.

On December 11, 2015, Anthem filed a pre-acquisition notification "Form E" which is a
required part of the Form A filing pursuant to RSA 401-B:3, I(c), and RSA 401-B:3-a.

The Analysis Team is presently reviewing the Application, including the Form A and
Form E.  The Analysis Team will be making a request for additional information (the
"Information Request") from Anthem pursuant to RSA 401-B:3-a, III.  The Analysis Team
anticipates that the Application will ultimately be the subject of a public hearing before the
Commissioner pursuant to RSA 401-B:3, VI(b), at which the Analysis Team will make a
recommendation concerning the Application to the Commissioner.

Anthem, Cigna, and the Analysis Team agree as follows:

1.   Public Access to Form A and Form E.  To facilitate the Analysis Team's review
and the public hearing pursuant to RSA 401-B:3, VI(b), Anthem and Cigna agree that that the
Form A Statement and all information submitted to the New Hampshire Insurance Department
("Department") in connection with the Form A Statement, other than the biographical affidavits,
is public and may be placed in the public record or otherwise disclosed by the Department,
including by posting on the Department's website.  In particular, Anthem and Cigna agree that
the Form E filing pursuant to RSA 401-B:3-a, including responses to information requests by the
Analysis Team, will be public and may be placed in the public record or otherwise disclosed by
the Department notwithstanding the provisions of RSA 401-B:3-a, III, and RSA 401-B:8.

**DRAFT**

2.     <u>Response to the Information Request</u>.

a.     <u>Timing/substantial completion</u>.  Anthem will provide responses to the Information Request on a rolling basis, and Anthem will advise the Analysis Team when it believes it has substantially complied with the Information Request.  Within 20 days of the date that Anthem advises that it believes it has substantially complied with the Information Request, the Analysis Team will advise whether or not it agrees that Anthem has substantially complied and, if not, the ways in which the Analysis Team believes that Anthem has not substantially complied.[1]  In the event of disagreement, Anthem may make a written submission to the Commissioner requesting a determination concerning substantial compliance.  The Commissioner will determine how to proceed on such a submission.

b.     <u>Modification of Application</u>.  In the event that at any time Anthem substantially modifies the proposed acquisition of control presented in the Application, including any modifications to the Anthem/Cigna Corp. transaction that substantially affect the competitive impact analysis presented in the Form E, the Analysis Team may make an additional information request.  If the Analysis Team makes such an additional information request, the time periods set forth in this agreement starting with those specified in subsections 2(a) and 3(b) will begin again.  In the event of disagreement over whether a modification is substantial, Anthem may make a written submission to the Commissioner requesting a determination whether the modification is substantial.  The Commissioner will determine how to proceed on such a submission.

3.     <u>Conduct of Analysis Team Review</u>.

a.     <u>Identification of issues; submission of analysis</u>.  To promote substantive dialogue and identification of issues, the Analysis Team and Anthem and Cigna will meet on or about _____ to identify and discuss general issues of potential concern with respect to the Application.  Anthem and Cigna are encouraged to provide the results of their own analyses regarding such issues to the Analysis Team.  Anthem and Cigna will submit any economic or other analysis regarding the issues to Analysis Team no later than _____.  Anthem and Cigna acknowledge that the identification of issues pursuant to subsections 3(a) and 3(b) is intended to facilitate effective review and analysis but is not a limitation on issues that may be considered by the Analysis Team or by the Commissioner in review of the Application.

b.     <u>Post-Information Request response meeting</u>.  The Analysis Team and Anthem and Cigna will meet within 10 days after Anthem and the Analysis Team have agreed (or the Commissioner has determined pursuant to subsection 2(a)) that Anthem has substantially complied with the Information Request to discuss general issues of potential concern with respect to the Application.  Anthem and Cigna are encouraged to provide the results of their own analyses regarding such issues to the Analysis Team.  If they wish to submit economic or other analysis regarding such issues, Anthem and Cigna will provide such analysis to the Analysis Team no later than 30 days after the meeting.

---

[1] In the event that the last day of any time period set forth in this letter is not a business day, the period shall extend to the next day that is a business day.

2

**DRAFT**

c.      United States' review.  The United States Department of Justice ("US DOJ") is conducting a federal antitrust review of the proposed merger between Anthem and Cigna Corp. of which the proposed acquisition of control of Cigna is a part.  Anthem and Cigna will inform the Analysis Team concerning the progress of the US DOJ review, including any action commenced by the US DOJ challenging or seeking to modify the Anthem/Cigna Corp. transaction, and will promptly (i) advise the Analysis Team of the conclusion of the US DOJ review, which continues until the final resolution of any such action commenced by the US DOJ, and (ii) provide the Analysis Team with all documents reflecting the conclusion of the US DOJ review (for example, any letter advising of the US DOJ's non-objection to the Anthem/Cigna Corp. transaction, any agreement or consent order to modify the transaction, or any final order resolving a US DOJ action challenging or seeking to modify the transaction).

d.      Timing.  In order to provide for review and analysis of the issues in a fully developed context, and subject to subsection 2(b), Anthem and Cigna agree that the 30 day period specified in RSA 401-B:3, VI(b), will start to run on the later of (i) the date of the meeting provided for in subsection 3(b) or (ii) if Anthem and Cigna wish to provide further analysis after such meeting, the date they provide that analysis to the Analysis Team.  However, if the US DOJ review is ongoing on the date of the subsection 3(b) meeting or the date further analysis is provided, the 30 day period specified in RSA 401-B:3, VI(b), will start to run on the date on which Anthem and Cigna advise the Analysis Team that the US DOJ review is concluded and provide the Analysis Team with the documents reflecting the conclusion of that review under subsection 3(c).

4.      Further Proceedings.  Subject to subsection 2(b), within 7 days after the later of (i) the subsection 3(b) meeting or the provision of further analysis after such meeting, as applicable, or (ii) Anthem and Cigna's report to the Analysis Team concerning the conclusion of US DOJ review under subsection 3(c), the Analysis Team will advise Anthem and Cigna whether it believes that the Application is complete.  If the Application is complete, Anthem, Cigna and the Analysis Team will confer concerning the schedule that the Analysis Team will propose to the Commissioner for the public hearing pursuant to RSA 401-B:3, VI(b).  In the event of disagreement over the completeness of the Application, Anthem may make a written submission to the Commissioner requesting a determination concerning completeness.  The Commissioner will determine how to proceed on such a submission.

The Analysis Team anticipates that it will make a written submission requesting that the Commissioner issue a notice of public hearing on the Application and a procedural order for the public hearing consistent with RSA 401-B:3, VI, to include the pre-filing of testimony and the submission by the Analysis Team of a written recommendation concerning the Application.  The Commissioner will determine how to proceed with the public hearing.

**DRAFT**

Please indicate your agreement with the above terms by signing and returning a copy of this letter to me.

Very truly yours,

Analysis Team of the New Hampshire
Insurance Department

By: _____

So Agreed:

_____
Counsel for Anthem
Date:

_____
Counsel for Cigna
Date:

4