**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br> v. <br><br> ANTHEM, INC., *et al.*, <br><br> Defendants. | Case No. 1:16-cv-01493 (ABJ) |

### NOTICE OF SUBMISSION TO THE SPECIAL MASTER OF NON-PARTY HARTFORD HEALTHCARE CORPORATION'S LETTER MOTION TO SEAL CERTAIN TRIAL EXHIBITS

Pursuant to the Stipulated Order on the Use of Confidential Information at Trial (ECF No. 214), non-Party Hartford HealthCare Corporation ("HHC") hereby gives notice that HHC's letter motion to seal certain trial exhibits has been submitted to Special Master Levie. The exhibit Bates numbers containing the Confidential Information that is the subject of the letter motion and for which HHC is seeking "Complete Non-Disclosure" are as follows: HHC000001-HHC000034; HHC000553-HHC000555; HHC000559-HHC000573; HHC000575; HHC000577-HHC000578; HHC000580-HHC000590; and HHC000592-HHC000597.

Dated: November 8, 2016

Respectfully submitted,

/s/ James B. Camden

Jeffrey W. Brennan (D.C. Bar No. 447438)
James B. Camden (D.C. Bar. No. 1004383)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone: (202) 756-8255
Facsimile: (202) 756-8087
E-mail: jbrennan@mwe.com; jcamden@mwe.com

*Counsel for Non-Party Hartford HealthCare Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 8, 2016, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

Dated: November 8, 2016               Respectfully submitted,

/s/ James B. Camden

James B. Camden (D.C. Bar. No. 1004383)
McDermott Will & Emery LLP
500 North Capitol Street NW
Washington, D.C. 20001
Telephone: (202) 756-8255
Facsimile: (202) 756-8087
E-mail: jcamden@mwe.com

*Counsel for Non-Party Hartford HealthCare Corporation*