**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| UNITED STATES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>ANTHEM, INC. AND CIGNA CORP.,<br><br>　　　　　　Defendants. | Case No. 1:16-cv-01493 (ABJ) |

**NOTICE OF SUBMISSION TO THE SPECIAL MASTER
REQUESTING _IN CAMERA_ TREATMENT**

PLEASE TAKE NOTICE that, pursuant to Local Rule of Civil Procedure 5.1(h) and Paragraph H of the Order Governing the Treatment of Confidential Information at Trial entered in this case on November 4, 2016 (Dkt. No. 214), HCA Holdings, Inc. ("HCA"), submitted a Letter Motion requesting *in camera* treatment and Partial Non-Disclosure of the following competitively sensitive transcript excerpts from the October 4, 2016 deposition of Bob Marchesini, Vice President, Operations, Strategic Pricing and Analytics:

> 88:4-12; 89:11-12; 90:2-93:17; 108:12-108:15; 108:17-109:2; 111:23-112:19; 112:23-113:20; 119:18-120:19; 120:23-121:3; 132:23-133:13; 133:23-135:12; 135:23-137:18; 140:22-143:8; 143:9-144:15; 144:17-145:18; 145:24-146:9; 146:17-149:12; 149:14-151:5; 151:8-151:16; 154:4-156:3; 165:12-168:7; 172:23-173:8; 173:14-175:1; 175:9-176:13; 181:4-181:24; 182:1-182:3; 184:1-184:10

Dated: November 8, 2016     Respectfully Submitted,

*/s/ Peter C. Herrick*_____ __
Peter C. Herrick (DC Bar 1029327)
Sara Y. Razi (DC Bar 473647)
 *pro hac vice* admission pending
Simpson Thacher & Bartlett LLP
900 G Street, N.W.
Washington, DC 20001
Telephone: (202) 636-5900
Facsimile: (202) 636-5502
peter.herrick@stblaw.com
sara.razi@stblaw.com

*Counsel for Non-Party HCA Holdings, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 8, 2016 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send electronic mail notification of such filing to the CM/ECF registered participants.


/s/ Peter C. Herrick

Peter C. Herrick