UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　*Plaintiffs*,<br><br>　v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>　　　　*Defendants*. | Case No. 1:16-cv-01493 (ABJ) |

NOTICE OF FILING REDACTED DOCUMENT

Plaintiffs file the attached public version of their Motion *in Limine* to exclude Defendants' declarations and testimony from Defendants' expert witnesses relying upon those declarations, and associated exhibits (ECF #210). This public version includes redactions, which are necessary to comply with court orders regarding confidentiality of party and non-party material.

Dated: November 9, 2016　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　 */s/ Jon B. Jacobs*
　　　　　　　　　　　　　　　　　　　　Jon B. Jacobs (D.C. Bar No. 412249)
　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　Antitrust Division, Litigation I Section
　　　　　　　　　　　　　　　　　　　　450 Fifth Street, NW, Suite 4100
　　　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　　　Phone: (202) 598-8916
　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 307-5802
　　　　　　　　　　　　　　　　　　　　E-mail: jon.jacobs@usdoj.gov

　　　　　　　　　　　　　　　　　　　　*Attorney for United States of America*

## CERTIFICATE OF SERVICE

I certify that on November 9, 2016, a true and correct copy of the foregoing document was served upon the parties of record via the Court's CM/ECF system.

Dated: November 9, 2016

    /s/ *Jon B. Jacobs*
Jon B. Jacobs (D.D.C. Bar #412249)
U.S. Department of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 514-5012
Facsimile: (202) 307-5802
E-mail: jon.jacobs@usdoj.gov

*Attorney for United States of America*