# Exhibit A

*United States, et al. v. Anthem, Inc. and Cigna Corp.*

Case No. 1:16-cv-01493 (ABJ)

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

---

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

ANTHEM, INC. and CIGNA CORP.,

*Defendants*.

Case No. 1:16-cv-01493 (ABJ)

---

**PLAINTIFFS' FINAL FACT WITNESS LIST**

As required by the Case Management Order (Dkt. #91) and Federal Rule of Civil Procedure 26(a)(3)(A), Plaintiffs identify the following fact witnesses that Plaintiffs expect to present at trial other than solely for impeachment. In addition to the witnesses listed below, Plaintiffs reserve the right to call witnesses listed on the Defendants' witness list. Plaintiffs also expect to call two expert witnesses who have already been separately identified.

1. 

2.

3.    **David Cordani**
Cigna Corp.

4.    

5.    **Jerry Kertesz**
Anthem, Inc.

6.    **Charles Smith**
Cigna Corp.

7.    **Joseph Swedish**
Anthem, Inc.

8.    **Jeffrey Thackeray**
Cigna Corp.

In addition, in light of the Court's October 4 bifurcation order (Dkt. #178), Plaintiffs may call the following individuals at trial other than solely for impeachment if the need arises:

9.    

10.   **Eric Dahms**
Anthem, Inc.

11. 

12. **Thomas Golias**
    Cigna Corp.

13. 

14. 

15. 

16. **Burke King**
    Anthem, Inc.

17. **Lisa Guertin**
    Anthem, Inc.

18. 

19.

20. 

21. **Eugene Rapisardi**
    Cigna Corp.

22. 

23. 

24. **Douglas Wenners**
    Anthem, Inc.

25. 

Dated:  October 7, 2016

Respectfully submitted,

_/s/ Jon B. Jacobs_

Paula Lauren Gibson
Deputy Attorney General
Office of the Attorney General of California
300 S Spring Street
Suite 1702
Los Angeles, CA 90013
Phone: (213) 897-0014
Facsimile: (213) 897-2801
E-mail: Paula.Gibson@doj.ca.gov

*Attorney for the State of California*

Jon B. Jacobs (D.C. Bar No. 412249)
Scott I. Fitzgerald
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Phone: (202) 598-8916
Facsimile: (202) 307-5802
E-mail: jon.jacobs@usdoj.gov

*Attorneys for United States of America*

Rachel O. Davis
Assistant Attorney General
Office of the Attorney General of Connecticut
55 Elm Street
PO Box 120
Hartford, CT 06106
Phone: (860) 808-5041
Facsimile: (860) 808-5033
E-mail: rachel.davis@ct.gov

*Attorney for the State of Connecticut*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, a true and correct copy of the foregoing

document was served via-email upon all counsel of record.

Dated: October 7, 2016                               Respectfully submitted,

                                                     */s/ Scott I. Fitzgerald*
                                                     Scott I. Fitzgerald
                                                     U.S. Department of Justice, Antitrust Division
                                                     450 Fifth Street, NW, Suite 4100
                                                     Washington, DC 20530
                                                     Phone: (202) 353-3863
                                                     Facsimile: (202) 307-5802
                                                     E-mail: scott.fitzgerald@usdoj.gov

                                                     *Attorney for United States of America*