# Exhibit B

*United States, et al. v. Anthem, Inc. and Cigna Corp.*

Case No. 1:16-cv-01493 (ABJ)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, *et al.*,

        *Plaintiffs*,

v.

ANTHEM, INC. and CIGNA CORP.,

        *Defendants*.

Case No. 1:16-cv-01493-ABJ

**DEFENDANTS' FACT WITNESS LIST**

In accordance with the Final Case Management Order dated August 31, 2016 (ECF 91), Defendants hereby provide Defendants' list of fact witnesses that may be called live at trial during Defendants' case-in-chief. In addition to the witnesses listed below, Defendants reserve the right to call witnesses listed on the Plaintiffs' witness lists, and to call one or more custodians of records and witnesses to summarize voluminous writings, recordings or data. Defendants also reserve the right to identify additional witnesses following any additional disclosures from Plaintiffs. Defendants also reserve the right to identify as witnesses all persons yet to be deposed in these actions, but who are deposed prior to trial. The identification of a witness on this list is not an indication or representation that either Defendant controls a witness or can compel his or her attendance at trial.

    1.    James Augur – Anthem
            White & Case LLP
            701 Thirteenth Street, NW
            Washington, DC 20005

2. ███████████████████████

3. Daniel Corcoran – Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

4. Eric Dahms – Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

5. Christopher De Rosa – Cigna
   Paul, Weiss, Rifkind, Wharton & Garrison LLP
   2001 K Street, NW
   Washington, DC 20006

6. Wayne DeVeydt – former Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

7. Colin Drozdowski – Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

8. Kenneth Goulet – former Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

9. Lisa Guertin – Anthem
   White & Case LLP
   701 Thirteenth Street, NW
   Washington, DC 20005

10. David Guilmette – Cigna
    Paul, Weiss, Rifkind, Wharton & Garrison LLP
    2001 K Street, NW
    Washington, DC 20006

11. Robert Hillman – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

12. Jill Hummel – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

13. C. Morgan Kendrick – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

14. ██████████████████████

15. Charles Burke King – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

16. Steven Martenet – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

17. Swati Mathai – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

18. Dennis Matheis – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

19. ██████████████████████

20. Michael Ramseier – Anthem
    White & Case LLP
    701 Thirteenth Street, NW

21. Paige Rothermel – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

22. ███████████

23. Stephen Schlegel – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

24. Lawrence Schreiber – Anthem
    White & Case LLP
    701 Thirteenth Street, NW
    Washington, DC 20005

25. Shubham Singhal – McKinsey
    150 West Jefferson, Suite 1600
    Detroit, MI 48226

Dated: October 7, 2016
Palo Alto, CA

Respectfully submitted,

/s/ *Heather M. Burke*
Christopher M. Curran (D.C. Bar No. 408561)
J. Mark Gidley (D.C. Bar No. 417280)
George L. Paul (D.C. Bar No. 440957)
Noah A. Brumfield (D.C. Bar No. 488967)
Matthew S. Leddicotte (D.C. Bar No. 487612)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, DC 20005
Tel: +1 202 626 3600
Fax: +1 202 639 9355
ccurran@whitecase.com
mgidley@whitecase.com
gpaul@whitecase.com
nbrumfield@whitecase.com
mleddicotte@whitecase.com

Robert A. Milne (*pro hac vice*)
Jack E. Pace III (*pro hac vice*)
Michael J. Gallagher (*pro hac vice*)
Martin M. Toto (*pro hac vice*)
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, New York  10036-2787
Tel:  +1 212 819 8200
Fax:  +1 212 354 8113
rmilne@whitecase.com
jpace@whitecase.com
mgallagher@whitecase.com
mtoto@whitecase.com

Heather M. Burke (*pro hac vice*)
**WHITE & CASE** LLP
3000 El Camino Real
5 Palo Alto Sq., 9th Floor
Palo Alto, CA 94306
Tel: +1 (650) 213 0300
Fax: +1 (650) 213 8158
hburke@whitecase.com

Richard L. Rosen (D.C. Bar No 307231)
Wilson Mudge (D.C. Bar No 455787)
Danielle M. Garten (D.C. Bar No 976591)
Arnold & Porter LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel: +1 202 942 5000
Fax: +1 202 942 5999
Richard.rosen@aporter.com
Wilson.mudge@aporter.com
danielle.garten@aporter.com

*Counsel for Anthem, Inc.*

Andrew J. Forman (D.C. Bar No. 477425)
Charles F. Rule (D.C. Bar No. 370818)
Daniel J. Howley (D.C. Bar No. 983664)
Joseph J. Bial (D.C. Bar No. 493638)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
Telephone: +1 202 223 7319

        Facsimile: +1 202 223 7420
        aforman@paulweiss.com
        rrule@paulweiss.com
        dhowley@paulweiss.com
        jbial@paulweiss.com

*Counsel for Cigna Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2016, a true and correct copy of the foregoing Defendants' Fact Witness List was served via e-mail, pursuant to Paragraph 18 of the Case Management Order (Dkt. 91), upon all counsel of record.

Dated: October 7, 2016
       Palo Alto, CA

Respectfully submitted,

/s/ *Heather M. Burke*
Heather M. Burke (*pro hac vice*)

**WHITE & CASE** LLP
3000 El Camino Real
5 Palo Alto Sq., 9th Floor
Palo Alto, CA 94306
Tel: +1 (650) 213 0300
Fax: +1 (650) 213 8158
hburke@whitecase.com

*Counsel for Anthem, Inc.*