# Exhibit C

*United States, et al. v. Anthem, Inc. and Cigna Corp.*

Case No. 1:16-cv-01493 (ABJ)

**EXHIBIT C**

1. DX0001, Declaration of ███████████████████████ (3/21/16)

2. DX0176, Declaration of ████████████ (7/5/16)

3. DX0177, Declaration of ███████████████ (6/29/16)

4. DX0178, Declaration of █████████████ (7/20/16)

5. DX0179, Declaration of █████████████ (6/17/16)

6. DX0180, Declaration of █████████████████ (6/15/16)

7. DX0181, Declaration of █████████████████ (6/21/16)

8. DX0182, Declaration of ██████████ (8/22/16)

9. DX0183, Declaration of ██████████ (6/23/16)

10. DX0184, Declaration of ██████████████████████ (7/18/16)

11. DX0185, Declaration of ██████████████ (6/16/16)

12. DX0186, Declaration of ████████████ (6/8/16)

13. DX0187, Declaration of ██████████████ (8/19/16)

14. DX0188, Declaration of █████████████████ (6/21/16)

15. DX0189, Declaration of ██████████ 6/22/16)

16. DX0190, Declaration of ██████████████ (7/20/16)

17. DX0191, Declaration of ████████████ (6/21/16)

18. DX0192, Declaration of ██████████████████████ (6/22/16)

19. DX0193, Declaration of ██████████████ (6/16/16)

20. DX0194, Declaration of ███████████████ (7/13/16)

21. DX0195, Declaration of ███████████ (7/20/16)

22. DX0196, Declaration of ████████████████ (3/21/16)

23. DX0289, Declaration of ██████████████████ (unsigned; undated)

24. Defendants' Supplemental Ex. 16, ████████████████ ██████████ (1/26/16)

25. Defendants' Supplemental Ex. 24, ████████████████ ██████████ (7/12/16)

26. ANTM-DDC-002871612, ████████████████ (5/31/16)

27. ANTM-DDC-002871614, ████████████████ (6/27/16)

28. ANTM-DDC-002871622, ██████████████ (7/29/16)

29. ANTM-DDC-002871629, ███████████ (6/29/16)

30. ANTM-DDC-002871636, █████████████████ (7/6/16)

31. ANTM-DDC-002871639, ████████████████ (8/30/16)

32. ANTM-DDC-002871642, █████████████████ ███ (8/30/16)

33. ANTM-DDC-002871643, ████████████████ ███ (3/21/16)

34. ANTM-DDC-002871646, █████████████████ (6/20/16)

35. ANTM-DDC-002871648, █████████████████████
████ (8/5/16)

36. ANTM-DDC-002871650, █████████████████████
███ (7/15/16)

37. ANTM-DDC-002871654, ███████████████████ (6/28/16)

38. ANTM-DDC-002871656, █████████████████ (3/15/16)

39. ANTM-DDC-002871659, ███████████████████ (7/8/16)

40. ANTM-DDC-002871672, ████████████████████
(6/1/16)

41. ANTM-DDC-002871675, ███████████████ (7/8/16)

42. ANTM-DDC-002871718, ████████████████████
███████ (3/10/16)

43. ANTM-DDC-002891728, Declaration of Sen. Benjamin Nelson (10/6/16)