# Exhibit D

*United States, et al. v. Anthem, Inc. and Cigna Corp.*

Case No. 1:16-cv-01493 (ABJ)

| | |
|---|---|
| **From:** | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| **Sent:** | Friday, October 7, 2016 11:30 AM |
| **To:** | Ugumori, Kohsei (CIV) <KUgumori@civ.usdoj.gov> |
| **Cc:** | Comenetz, Aaron <Aaron.Comenetz@ATR.USDOJ.gov> |
| **Subject:** | RE: Subpoena to testify at deposition: ▮▮▮▮▮ |
| **Attach:** | Anthem-Cigna Letter to DOJ 10-7-16.pdf |

Kohsei,

As discussed on the telephone yesterday, attached is a letter from ▮▮▮▮▮ concerning the fact that ▮▮▮▮▮▮▮▮ was not authorized and withdrawing the statement. Please confirm that the subpoena to depose ▮▮▮▮▮ is cancelled.

Also, please let me know if you plan to share this with Anthem. I would like to make them aware of that the statement has been withdrawn if you are not going to do so.

Please feel free to contact me if you have any questions.

Regards,



Please join me in making a difference. Think before you print.

THIS TRANSMISSION AND THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL AND IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. If the reader of this message is not the addressee, you are hereby notified that any review, use, dissemination, distribution or copying of this transmission or its contents is strictly prohibited.

**From:** Ugumori, Kohsei (CIV) [mailto:Kohsei.Ugumori@usdoj.gov]
**Sent:** Thursday, October 06, 2016 2:38 PM
**To:** ▮▮▮▮▮
**Cc:** Comenetz, Aaron
**Subject:** Subpoena to testify at deposition: ▮▮▮▮▮

Dear Mr ▮▮▮

Thank you for agreeing to service by email. Attached please find the subpoena. If you have any questions, please don't hesitate to contact me.

Sincerely,
Kohsei

Kohsei Ugumori
Attorney
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20001
Tel: 202.532.4600
E-mail: kohsei.ugumori@usdoj.gov



October 7, 2016

Mr. Kohsei Ugumori, Attorney
U.S. Department of Justice
450 5th Street, N.W.
Washington, D.C. 20001

        Re:    <u>Merger of Anthem and Cigna</u>

Dear Mr. Ugmori,

    Reference is made to that certain customer statement signed by ▇▇▇▇ on July 13, 2016 in connection with the merger of Anthem and Cigna.

    The signatory to the statement, ▇▇▇▇ is the Director of Compensation and Benefits fo▇▇▇▇▇▇▇▇▇▇▇▇ reports to the Vice President of Compensation and Benefits for ▇▇▇, who in turn reports to ▇▇▇ Senior Vice President, Human Resources. As I advised you, Ms. ▇▇▇ did not consult with her supervisors, the ▇▇▇ Legal Department or any other ▇▇▇ corporate officer prior to executing the statement. In her capacity with ▇▇▇ Ms. ▇▇▇ is not a corporate officer of ▇▇▇ and did not have the corporate authority to execute the statement on behalf of ▇▇▇

    As I further advised you, the statement executed by Ms. ▇▇▇ does not represent the official position of ▇▇▇ ▇▇▇ is not in a position to know whether the matters referenced in Ms. ▇▇▇ statement are correct and/or the impact the merger of Anthem and Cigna will have on the market or its customers. Accordingly, ▇▇▇ hereby withdraws the statement in its entirety.

    Please feel free to contact me if you have any further questions.

               Very truly yours,

DOJ-EMAIL-00086095

DOJ-EMAIL-00085954

### DECLARATION OF ███████

1. I am the Chief Financial Officer of ███████ Inc. (the "Company"). I am authorized to submit this Declaration on behalf of the Company.

2. I have reviewed the attached Declaration of ███████

3. Ms. ███████ was not authorized to sign that Declaration on behalf of the Company or to express opinions on the proposed transaction on behalf of the Company.

4. The Company hereby revokes the attached Declaration.

5. The Company is neutral as to the proposed transaction.

I declare under penalty of perjury that the foregoing is true and correct.

## DECLARATION OF ███

I am ███ and I am Director of Benefits at ███
I am based in ███ is an Anthem customer.

I support the proposed Anthem-Cigna merger. My statement is based on my personal knowledge and experience.

I support the Anthem/Cigna merger because:

- I believe that the combined Anthem/Cigna company will be able to offer more health care product choice than Anthem or Cigna alone could provide today.

- I expect the merger to lead to better pricing. For example, the combined Anthem/Cigna company can take advantage of the better of Anthem's or Cigna's discounts for its customers, including my company.

- I am not concerned about the merger causing prices to go up. If the combined Anthem/Cigna company raised its prices after the merger, we would be able to switch to another health insurer and receive comparable high quality insurance at competitive prices.

- I do not see the merger as limiting the options for health insurance, and I am not concerned about having my choice of health care options after the merger. There are many health insurers that offer competitive options in terms of products, provider networks, and price, among other things. I believe there will continue to be a variety of choices and competitive options after the Anthem-Cigna merger is completed.

- I also believe that my company can easily replace Anthem with other health-insurance companies (besides Cigna) that offer the same health-insurance products of the same quality and price.

I declare under penalty of perjury that the foregoing is true and correct.

Case 1:16-cv-01493-ABJ Document 303-5 Filed 11/09/16 Page 7 of 8



DOJ-EMAIL-00086085

| | |
|---|---|
| **From:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Sent:** | Friday, October 7, 2016 4:00 PM |
| **To:** | Krebs-Pilotti, Melanie <Melanie.Krebs-Pilotti@ATR.USDOJ.gov> |
| **Cc:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Anthem-Cigna Merger |

Melanie:

This is further to our recent conversation related to ▓▓▓▓▓▓▓▓ Declaration executed on June 23, 2016 related to the proposed Anthem-Cigna merger. ▓▓▓▓ was not authorized to submit a Declaration of support on behalf of ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ has not taken a position and is neutral on this matter. ▓▓▓▓ has stated to me that she is withdrawing her Declaration.

Please let me know if you have any questions.

CONFIDENTIAL NOTICE: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone or by return e-mail, and destroy all copies of this message, electronic, paper, or otherwise.

*CONFIDENTIAL NOTICE: If you are not the intended recipient of this message, you are not authorized to intercept, read, print, retain, copy, forward, or disseminate this communication. This communication may contain information that is proprietary, attorney/client privileged, attorney work product, confidential or otherwise legally exempt from disclosure. If you have received this message in error, please notify the sender immediately either by phone or by return e-mail, and destroy all copies of this message, electronic, paper, or otherwise.*