UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>*Defendants*. | Case No. 1:16-cv-01493 (ABJ) |

**[PROPOSED] ORDER**

Having considered Plaintiffs' Motion *in Limine* to exclude Defendants' declarations and testimony from Defednants' expert witnesses relying upon those declarations, the Court hereby grants the Motion for the reasons set forth by Plaintiffs.

**SO ORDERED**.

DATE: November _____, 2016            _____
                                          AMY BERMAN JACKSON
                                          United States District Judge