IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>*Defendants*. | Case No. 1:16-cv-01493-ABJ |

### ANTHEM'S RESPONSE TO THE COURT'S NOVEMBER 22, 2016 MINUTE ORDER REGARDING THE UNSEALING OF TRANSCRIPTS

Anthem has dutifully followed the Court's direction and has closely reviewed the sealed transcripts in light of governing D.C. Circuit law, including the factors set forth in *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980).

Anthem does not oppose the unsealing of the November 22, 2016 transcripts in their entirety. Portions of the sealed transcripts address topics that are confidential and commercially sensitive. *See* November 21, 2016 Minute Order (adopting Special Master Report & Recommendation No. 10 [Dkt. 345] recommending the Court grant Anthem's motion to seal). The testimony in the sealed transcripts, however, did not get into a level of detail regarding confidential topics that creates a serious risk of substantial harm to Anthem. Given the tolerable risk to Anthem, and the public interest considerations in the *Hubbard* analysis, Anthem is comfortable with the Court unsealing the sealed portions of the November 22, 2016 transcripts.

Anthem intends to remain vigilant in protecting its confidential and commercially sensitive information (and in abiding by rulings on motions to seal the confidential and

commercially sensitive information of others).  Anthem reserves its right to seek to maintain the confidentiality of information to the extent warranted under law.

Dated: November 27, 2016
      Washington, D.C.

Respectfully submitted,

 /s/ *Christopher M. Curran*
Christopher M. Curran (D.C. Bar No. 408561)
J. Mark Gidley (D.C. Bar No. 417280)
George L. Paul (D.C. Bar No. 440957)
Noah Brumfield (D.C. Bar No. 488967)
Matthew S. Leddicotte (D.C. Bar. No. 487612)
**WHITE & CASE LLP**
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  +1 202 626 3600
Fax:  +1 202 639 9355
ccurran@whitecase.com
mgidley@whitecase.com
gpaul@whitecase.com
nbrumfield@whitecase.com
mleddicotte@whitecase.com

Robert A. Milne, *pro hac vice*
Jack E. Pace III, *pro hac vice*
Michael J. Gallagher, *pro hac vice*
Martin M. Toto, *pro hac vice*
**WHITE & CASE LLP**
1155 Avenue of the Americas
New York, NY 20036
Tel: +1 212 819 8200
Fax: +1 212 354 8113
rmilne@whitecase.com
jpace@whitecase.com
mgallagher@whitecase.com
mtoto@whitecase.com

Heather M. Burke, *pro hac vice*
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Sq., 9th Floor
Palo Alto, CA 94306
Tel: +1 (650) 213 0300
Fax: +1 (650) 213 8158

hburke@whitecase.com

Richard L. Rosen
Wilson D. Mudge
ARNOLD & PORTER LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Telephone: +1 202 942 5072
Facsimile: +1 202 942 5999
Richard.rosen@aporter.com
Wilson.mudge@aporter.com

*Counsel for Anthem, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2016, a true and correct copy of the foregoing was served via email upon all counsel of record.

Dated: November 27, 2016
       Washington, D.C.

Respectfully submitted,

/s/*Michael J. Gallagher*
Michael J. Gallagher, *pro hac vice*
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 20036
Tel: +1 212 819 8200
Fax: +1 212 354 8113
mgallagher@whitecase.com

*Counsel for Anthem, Inc.*