UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>*Defendants.* | Case No. 1:16-cv-1493 (ABJ) |

**DEFENDANT CIGNA CORPORATION'S SUBMISSION REGARDING UNSEALING OF TESTIMONY OF JOSEPH SWEDISH AND DAVID CORDANI**

This Court has requested that each party submit its position regarding the potential unsealing of the currently sealed portions of Joseph Swedish's and David Cordani's testimony. Defendant Cigna Corp. ("Cigna") hereby requests that the Court maintain the seal on Mr. Cordani's email address, which is located at 481:20 of the trial record. Cigna otherwise does not oppose the unsealing of Mr. Swedish's or Mr. Cordani's testimony.

Dated:  November 27, 2016	Respectfully submitted,

/s/ Joseph J. Bial
Charles F. Rule (D.C. Bar No. 370818)
Andrew J. Forman (D.C. Bar No. 477425)
Joseph J. Bial (D.C. Bar No. 493638)
Daniel J. Howley (D.C. Bar No. 983664)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rrule@paulweiss.com
aforman@paulweiss.com
jbial@paulweiss.com
dhowley@paulweiss.com

*Counsel for Cigna Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2016, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

Date:  November 27, 2016

Respectfully Submitted,

/s/ Joseph J. Bial
Charles F. Rule (D.C. Bar No. 370818)
Andrew J. Forman (D.C. Bar No. 477425)
Joseph J. Bial (D.C. Bar No. 493638)
Daniel J. Howley (D.C. Bar No. 983664)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rrule@paulweiss.com
aforman@paulweiss.com
jbial@paulweiss.com
dhowley@paulweiss.com

*Counsel for Cigna Corp.*