# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

     *Plaintiffs*,

v.

ANTHEM, INC. and CIGNA CORP.,

     *Defendants*.

Case No. 1:16-cv-01493 (ABJ)

## PLAINTIFFS' LIST OF SEALED PHASE I EXHIBITS AND DEMONSTRATIVES

Pursuant to the Court's January 5, 2017 Minute Order, Plaintiffs submit a list of Plaintiffs' Phase I exhibits and demonstratives that remain under seal in whole or in part.

*Exhibits*

| | | | | |
|---|---|---|---|---|
| PX0001 | PX0023 | PX0040 | PX0057 | PX0073 |
| PX0002 | PX0024 | PX0041 | PX0058 | PX0074 |
| PX0005 | PX0025 | PX0042 | PX0059 | PX0075 |
| PX0006 | PX0026 | PX0043 | PX0060 | PX0076 |
| PX0007 | PX0027 | PX0044 | PX0061 | PX0077 |
| PX0008 | PX0028 | PX0045 | PX0062 | PX0078 |
| PX0009 | PX0029 | PX0046 | PX0063 | PX0079 |
| PX0010 | PX0030 | PX0047 | PX0064 | PX0080 |
| PX0011 | PX0031 | PX0048 | PX0065 | PX0081 |
| PX0012 | PX0032 | PX0049 | PX0066 | PX0083 |
| PX0013 | PX0033 | PX0050 | PX0067 | PX0085 |
| PX0017 | PX0034 | PX0051 | PX0068 | PX0086 |
| PX0018 | PX0035 | PX0052 | PX0069 | PX0087 |
| PX0019 | PX0037 | PX0053 | PX0070 | PX0088 |
| PX0020 | PX0038 | PX0055 | PX0071 | PX0089 |
| PX0022 | PX0039 | PX0056 | PX0072 | PX0090 |

| | | | | |
|---|---|---|---|---|
| PX0091 | PX0136 | PX0172 | PX0206 | PX0243 |
| PX0092 | PX0137 | PX0173 | PX0207 | PX0244 |
| PX0093 | PX0138 | PX0174 | PX0208 | PX0245 |
| PX0094 | PX0139 | PX0175 | PX0209 | PX0246 |
| PX0095 | PX0140 | PX0176 | PX0210 | PX0248 |
| PX0096 | PX0141 | PX0177 | PX0211 | PX0249 |
| PX0098 | PX0142 | PX0178 | PX0212 | PX0250 |
| PX0100 | PX0143 | PX0179 | PX0213 | PX0251 |
| PX0101 | PX0144 | PX0180 | PX0214 | PX0252 |
| PX0102 | PX0145 | PX0181 | PX0215 | PX0253 |
| PX0104 | PX0147 | PX0182 | PX0218 | PX0254 |
| PX0105 | PX0148 | PX0183 | PX0219 | PX0255 |
| PX0108 | PX0149 | PX0184 | PX0220 | PX0256 |
| PX0110 | PX0150 | PX0185 | PX0221 | PX0257 |
| PX0111 | PX0151 | PX0186 | PX0223 | PX0258 |
| PX0112 | PX0152 | PX0187 | PX0224 | PX0259 |
| PX0113 | PX0154 | PX0189 | PX0226 | PX0260 |
| PX0114 | PX0155 | PX0190 | PX0227 | PX0261 |
| PX0115 | PX0156 | PX0191 | PX0228 | PX0262 |
| PX0116 | PX0157 | PX0192 | PX0229 | PX0263 |
| PX0118 | PX0159 | PX0193 | PX0230 | PX0264 |
| PX0119 | PX0160 | PX0194 | PX0232 | PX0265 |
| PX0120 | PX0162 | PX0195 | PX0233 | PX0266 |
| PX0121 | PX0163 | PX0196 | PX0234 | PX0268 |
| PX0122 | PX0164 | PX0197 | PX0235 | PX0269 |
| PX0123 | PX0165 | PX0198 | PX0236 | PX0270 |
| PX0128 | PX0166 | PX0199 | PX0237 | PX0271 |
| PX0129 | PX0167 | PX0200 | PX0238 | PX0272 |
| PX0132 | PX0168 | PX0202 | PX0239 | PX0273 |
| PX0133 | PX0169 | PX0203 | PX0240 | PX0274 |
| PX0134 | PX0170 | PX0204 | PX0241 | PX0275 |
| PX0135 | PX0171 | PX0205 | PX0242 | PX0276 |

| PX0277 | PX0298 | PX0321 | PX0343 | PX0360 |
| --- | --- | --- | --- | --- |
| PX0278 | PX0299 | PX0322 | PX0345 | PX0361 |
| PX0279 | PX0300 | PX0323 | PX0346 | PX0362 |
| PX0280 | PX0301 | PX0325 | PX0347 | PX0700 |
| PX0282 | PX0302 | PX0326 | PX0348 | PX0704 |
| PX0287 | PX0303 | PX0329 | PX0349 | PX0707 |
| PX0288 | PX0308 | PX0333 | PX0350 | PX0708 |
| PX0289 | PX0310 | PX0335 | PX0351 | PX0709 |
| PX0290 | PX0312 | PX0336 | PX0352 | PX0710 |
| PX0291 | PX0313 | PX0337 | PX0353 | PX0711 |
| PX0292 | PX0314 | PX0338 | PX0354 | PX0712 |
| PX0294 | PX0315 | PX0339 | PX0355 | PX0719 |
| PX0295 | PX0316 | PX0340 | PX0356 | PX0720 |
| PX0296 | PX0318 | PX0341 | PX0357 | PX0721 |
| PX0297 | PX0320 | PX0342 | PX0358 | PX0727 |
|  |  |  |  | PX0728 |

*Demonstratives*

| |
|---|
| PDX001 |
| PDX003 |
| PDX004 |
| PDX005 |
| PDX014 |
| PDX015 |

Dated: January 18, 2017               Respectfully submitted,

                                      */s/ Jon B. Jacobs*
                                      Jon B. Jacobs (D.C. Bar No. 412249)
                                      U.S. Department of Justice, Antitrust Division
                                      450 Fifth Street, NW, Suite 4100
                                      Washington, DC 20530
                                      Phone: (202)-598-8916
                                      Facsimile: (202) 307-5802
                                      E-mail: jon.jacobs@usdoj.gov

                                      *Attorney for United States of America*

## CERTIFICATE OF SERVICE

I certify that I caused a true and correct copy of the foregoing to be served on all party counsel of record via the Court's CM/ECF filing system.

Dated: January 18, 2017

                                      */s/ Jon B. Jacobs*
                                      Jon B. Jacobs (D.C. Bar No. 412249)
                                      U.S. Department of Justice, Antitrust Division
                                      450 Fifth Street, NW, Suite 4100
                                      Washington, DC 20530
                                      Phone: (202)-598-8916
                                      Facsimile: (202) 307-5802
                                      E-mail: jon.jacobs@usdoj.gov

                                      *Attorney for United States of America*