UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

ANTHEM, INC. and CIGNA CORP.,

*Defendants*.

Case No. 1:16-cv-01493 (ABJ)

NOTICE OF PLAINTIFFS' POSITION ON
UNSEALING THE MEMORANDUM OPINION

After reviewing the Court's Memorandum Opinion (ECF # 499), Plaintiffs do not believe that the Opinion discloses sensitive business information and do not object to the Court unsealing the Opinion in its entirety.

Dated: February 9, 2017

Respectfully submitted,

 */s/ Scott I. Fitzgerald*
Scott I. Fitzgerald
Jon B. Jacobs (D.C. Bar No. 412249)
Adam Severt
U.S. Department of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Phone: (202) 353-3863
Facsimile: (202) 307-5802
E-mail: scott.fitzgerald@usdoj.gov

*Attorneys for United States of America*

**CERTIFICATE OF SERVICE**

I certify that on February 9, 2017, I served the foregoing upon all counsel of record via the Court's CM/ECF system.

      /s/ Scott I. Fitzgerald
Scott I. Fitzgerald
U.S. Department of Justice
Antitrust Division, Litigation I Section
450 Fifth Street, NW, Suite 4100
Washington, DC 20530
Telephone: (202) 353-3863
Facsimile: (202) 307-5802
E-mail: scott.fitzgerald@usdoj.gov

*Attorney for United States of America*