**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>*Defendants.* | Case No. 1:16-cv-1493 (ABJ) |

**NOTICE OF DEFENDANT CIGNA CORPORATION'S POSITION ON UNSEALING THE MEMORANDUM OPINION**

Pursuant to the Court's Order [ECF no. 498], Defendant Cigna Corp. ("Cigna") hereby gives notice that it does not affirmatively seek to redact anything from the Court's Memorandum Opinion.  With respect to the rights of non-parties, Cigna defers to Anthem, which we understand has identified exhibits and testimony related to non-parties currently under seal.

Dated:  February 9, 2017                              Respectfully submitted,

/s/ Joseph J. Bial
Charles F. Rule (D.C. Bar No. 370818)
Andrew J. Forman (D.C. Bar No. 477425)
Joseph J. Bial (D.C. Bar No. 493638)
Daniel J. Howley (D.C. Bar No. 983664)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rrule@paulweiss.com
aforman@paulweiss.com
jbial@paulweiss.com
dhowley@paulweiss.com

*Counsel for Cigna Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 9, a true and correct copy of the foregoing was served on all counsel of record via the Court's CM/ECF system.

Date:  February 9, 2017

Respectfully Submitted,

/s/ Joseph J. Bial
Charles F. Rule (D.C. Bar No. 370818)
Andrew J. Forman (D.C. Bar No. 477425)
Joseph J. Bial (D.C. Bar No. 493638)
Daniel J. Howley (D.C. Bar No. 983664)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Facsimile: (202) 223-7420
rrule@paulweiss.com
aforman@paulweiss.com
jbial@paulweiss.com
dhowley@paulweiss.com

*Counsel for Cigna Corp.*