# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>ANTHEM, INC. and CIGNA CORP.,<br><br>    *Defendants*. | Docket No. 1:16-cv-01493 (ABJ) |

## JOINT STATUS REPORT

On October 18, 2017, the Court ordered the parties to file a joint status report by December 18, 2017 on the status of the mediation. Accordingly, the parties respectfully submit the following:

Judge Kay has conducted separate sessions with counsel for representative Plaintiff States and counsel for the Defendants. The parties have not yet reached agreement and are in the process of scheduling a joint session with Judge Kay on a mutually convenient date, likely in January 2018.

The parties request that the Court extend the time for mediation to January 31, 2018. If a settlement has not been reached by that time, the parties will submit a further joint status report and will request that the Court re-set a proposed briefing schedule for the Plaintiff States' motion for an award of attorneys' fees and costs.

Dated: December 18, 2017                              Respectfully submitted,

/s/ *Rachel O. Davis*                                 /s/ *Christopher M. Curran*

Rachel O. Davis
Assistant Attorney General
Office of the Attorney General of Connecticut
55 Elm Street
PO Box 120
Hartford, CT 06106-0120
Phone: (860) 808-5041
Fax: (860) 808-5391
rachel.davis@ct.gov

*Attorney for the State of Connecticut, and*

Catherine A. Jackson
Office of the Attorney General for the District of Columbia
441 Fourth Street, N.W., Suite 630 South
Washington, D.C. 20001
Phone:  202 442 9864
Fax:  202 741 0655
catherine.jackson@dc.gov


*Attorney for the District of Columbia, and on behalf of the Plaintiff States*

Christopher M. Curran (D.C. Bar No. 408561)
J. Mark Gidley (D.C. Bar No. 417280)
George L. Paul (D.C. Bar No. 440957)
Noah Brumfield (D.C. Bar No. 488967)
Matthew S. Leddicotte (D.C. Bar. No. 487612)
**WHITE & CASE** LLP
701 Thirteenth Street, NW
Washington, DC  20005
Tel:  +1 202 626 3600
Fax:  +1 202 639 9355
ccurran@whitecase.com
mgidley@whitecase.com
gpaul@whitecase.com
nbrumfield@whitecase.com
mleddicotte@whitecase.com

Robert A. Milne, *pro hac vice*
Jack E. Pace III, *pro hac vice*
Michael J. Gallagher*, pro hac vice*
Martin M. Toto, *pro hac vice*
Michael E. Hamburger*, pro hac vice*
**WHITE & CASE** LLP
1155 Avenue of the Americas
New York, NY 20036
Tel: +1 212 819 8200
Fax: +1 212 354 8113
rmilne@whitecase.com
jpace@whitecase.com
mgallagher@whitecase.com
mtoto@whitecase.com
mhamburger@whitecase.com

Heather M. Burke, *pro hac vice*
**WHITE & CASE** LLP
3000 El Camino Real
5 Palo Alto Sq., 9th Floor
Palo Alto, CA 94306
Tel: +1 (650) 213 0300
Fax: +1 (650) 213 8158
hburke@whitecase.com

*Counsel for Anthem, Inc.*

/s/ *Charles F. Rule*
Charles F. Rule (D.C. Bar No. 370818)
Andrew Forman (D.C. Bar No. 477425)
Daniel J. Howley (D.C. Bar No. 983664)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Tel: (202) 223-7300
Fax: (202) 223-7420
rrule@paulweiss.com
aforman@paulweiss.com
dhowley@paulweiss.com

*Counsel for Cigna Corp.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 18, 2017, a true and correct copy of the foregoing Joint Status Report was served via the Court's CM/ECF system, pursuant to Rule 5.4(d) of the Local Civil Rules and Rule 5(b) of the Federal Rules of Civil Procedure, upon all counsel of record.

Dated: December 18, 2017  
Palo Alto, CA

Respectfully submitted,

/s/ *Heather M. Burke*  
Heather M. Burke, *pro hac vice*  
**WHITE & CASE** LLP  
3000 El Camino Real  
5 Palo Alto Sq., 9th Floor  
Palo Alto, CA 94306  
Tel: +1 (650) 213 0300  
Fax: +1 (650) 213 8158  
hburke@whitecase.com

*Counsel for Anthem, Inc.*