THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



FILED
APR - 9 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES OF AMERICA,
*et al.*,

    *Plaintiffs*,

v.

ANTHEM, INC. and CIGNA CORP.,

    *Defendants*.

Civil Action No. 1:16-cv-1493-ABJ

### ORDER GRANTING PLAINTIFF STATES' CONSENT MOTION TO APPROVE PAYMENTS OF ATTORNEY'S FEES AND COSTS

Upon consideration of the Consent Motion of the District of Columbia, the Commonwealth of Virginia, and the States of California, Colorado, Connecticut, Georgia, Iowa, Maine, Maryland, New Hampshire, New York, and Tennessee, acting by and through their respective Attorneys General (collectively "Plaintiff States") for entry of an Order approving payment of reasonable attorney's fees and costs to the Plaintiff States, which Order is consented to by Defendants Anthem, Inc. ("Anthem") and Cigna Corp. ("Cigna"), all documents in support of the Motion, and the entire record, it is this 9th day of April, 2018,

ORDERED that the Plaintiff States' Motion is GRANTED; and it is

ORDERED that the Plaintiff States shall be paid reasonable attorney's fees and costs by Anthem and Cigna as agreed to by the parties and pursuant to Section 16 of the Clayton Act, 15 U.S.C. § 26, and it is further

ORDERED that the Plaintiff States and Anthem and Cigna, by their respective attorneys, have consented to the entry of this Order without trial or

adjudication of any issue of fact or law, and without this Order constituting any evidence against, or any admission by any party regarding any such issue of fact or law; and it is further

ORDERED that payment to the Plaintiff States pursuant to this Order may be used for any one or more of the following purposes, as the Plaintiff States' Attorneys General, in their sole discretion, see fit: (i) payment of attorney's fees and expenses; (ii) antitrust or consumer protection law enforcement; or (iii) such other purpose as the Attorneys General deem appropriate, consistent with the respective states' law; [1] and it is further

ORDERED that the Court retains jurisdiction to enforce this Order.

SO ORDERED.

_____
AMY BERMAN JACKSON
United States District Judge

---

[1] Payment made to the State of Maine pursuant to this Order shall be made pursuant to 5 MRS section 203-A and will be deposited in an account dedicated to antitrust enforcement and enforcement of the Unfair Trade Practices Act. Payment made to the State of Colorado pursuant to this Order shall be held, along with any interest thereon, in trust by the Attorney General to be used for reimbursement of the State's actual costs and attorney's fees, and for future consumer fraud or antitrust enforcement actions, or to support consumer education and public welfare. Payment made to the State of Connecticut pursuant to this Order shall be deposited as follows: (1) that portion attributed to reimbursement of out of pocket costs such as travel shall be deposited in the OAG Consumer Fund Account, and (2) the remaining amount shall be deposited into the State's General Fund.